Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.

472 A.2d 260

Commonwealth v. Wayman, Appellant.

Petition for Allowance of Appeal
Denied June 7, 1984.

Submitted October 21, 1983. Philip T. Medico, Jr., Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.

472 A.2d 261

Commonwealth v. Williams, Appellant.

Submitted October 21, 1983. David Zwantez, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.

472 A.2d 261

Commonwealth v. Williams, Appellant.

Submitted November 4, 1983.  Harris Roy Rosen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence for attempted burglary affirmed. Judgments of sentence for attempted criminal trespass and for conspiracy are vacated.

472 A.2d 261

Commonwealth v. Woodson, Appellant.

Submitted November 18, 1983.  Daniel A. Rendine, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.